IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Portus Singapore Pte LTD and,<br>Portus Pty Ltd., <br><br>      Plaintiffs,<br><br>      v.<br><br>August Home, Inc.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 24-1051-JLH-CJB |

## **ORDER**

AT WILMINGTON, on this 9th day of September 2025, having reviewed Plaintiffs' Objections (D.I. 39) to Judge Burke's July 22, 2025 Report and Recommendation,

WHEREAS, the Report and Recommendation recommends that Defendant's motion to dismiss the First Amended Complaint be granted, and that Plaintiffs' Complaint be dismissed "without prejudice to Plaintiffs' ability to file one further motion for leave to amend these claims" (D.I. 36);

WHEREAS, Plaintiffs filed objections "[t]o preserve [their] rights," but indicated that they "intend[ed] to file a motion for leave to file a second amended complaint to address the issues raised in the Court's Report and Recommendation" (D.I. 39 at 1–2);

WHEREAS, Plaintiffs subsequently filed a motion for leave to file a Second Amended Complaint (D.I. 42), and that motion is currently pending before Judge Burke;

WHEREAS, should Judge Burke deny Plaintiffs' motion for leave to file a Second Amended Complaint, Plaintiffs can file objections to that ruling if and when it happens;

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's objections are DISMISSED. Judge Burke's Report and Recommendation (D.I. 36) is ADOPTED. Defendant's motion to dismiss the First Amended Complaint (D.I. 19) is GRANTED.

_____
The Honorable Jennifer L. Hall
United States District Judge